IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00049-F

| | | |
|---|---|---|
| REINALDO OLAVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH CAROLINA ADMINISTRATIVE | ) | **ORDER** |
| OFFICE OF THE COURTS, LORI G. | ) | |
| CHRISTIAN, ROBERT RADER and | ) | |
| NORTH CAROLINA JUDICIAL | ) | |
| STANDARDS COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") [DE-3] of United States Magistrate Judge Robert B. Jones, Jr.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This court is charged with making a de novo determination of those portions of the recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1). In the absence of a timely-filed objection, a district court need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

On February 19, 2015, the Magistrate Judge issued a M&R recommending that the plaintiff's Complaint [DE-1-1][1] be dismissed. *See* M&R [DE-3] at 8-9. The Magistrate Judge advised the plaintiff of the procedures and requirements for filing objections to the M&R and the consequences for failing to do so. *Id.* at 9. The plaintiff has filed no objections, and the time for doing so expired on March 5, 2015.

Upon careful review of the M&R and of the record generally, and having found no clear error, the court hereby ADOPTS the recommendation of the Magistrate Judge [DE-3]. It is therefore ORDERED that the plaintiff's Complaint [DE-1-1, DE-4] is DISMISSED. The Clerk of Court is DIRECTED to close this case and remove it from the undersigned's docket.

SO ORDERED.

This, the 3rd day of April, 2015.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] The Complaint has since been filed as a separate docket entry. *See* Complaint [DE-4].