UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REINALDO OLAVARRIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA ADMINISTRATIVE ) <br> OFFICE OF THE COURTS, LORI G. ) <br> CHRISTIAN, ROBERT RADAR and ) <br> NORTH CAROLINA JUDICIAL ) <br> STANDARDS COMMISSION, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br> No. 5:15-CV-49-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED,** having ADOPTED the recommendation of the Magistrate Judge [DE-3], that the plaintiff's Complaint [DE-1-1, DE-4] is DISMISSED.

**This Judgment Filed and Entered on April 3, 2015, and Copies To:**

Reinaldo Olavarria, 614 Gaslight Trail, Wendell, NC 27591 (via U.S. Mail)

DATE  JULIE RICHARDS JOHNSTON, CLERK
April 3, 2015  /s/ Jacqueline B. Grady
  (By) Jacqueline B. Grady, Deputy Clerk